**Robert C. WHITNEY, Respondent,**

v.

**James K. PRICE, Appellant.**

**No. WD 49388.**

Missouri Court of Appeals,
Western District.

July 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

James K. Price, Kansas City, pro se.

Richard J. Koury, II, Independence, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

James K. Price appeals the judgment in this automobile collision case in which the trial court found Mr. Price to be 100% at fault and Robert C. Whitney to be 0% at fault, and awarded Mr. Whitney the sum of $4,731.74. Mr. Price contends on appeal that the findings of the trial court are not supported by the evidence.

We affirm the judgment of the trial court. Rule 84.16(b).